CRISTWOOD CONTRACTING, INC. *v.* CHRISTINE
BADERA ET AL.
(14666)

O'Connell, Lavery and Landau, Js.

Submitted on briefs February 13—decision released March 5, 1996

*Leslee B. Hill* and *Robert A. Ziegler* filed a brief for the appellants (defendants).

*Lawrence G. Rosenthal* filed a brief for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.